IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABANOOB ABDEL-MALAK,<br><br>    Defendant. | CIVIL ACTION NO.: 4:21-cv-81 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's June 21, 2021, Report and Recommendation, (doc. 8), to which no party has filed an objection. The Magistrate Judge recommended that this case be remanded to the Superior Courts of California as the notice of removal is procedurally inadequate. (Id.). Abdel-Malek has taken no steps to correct the identified deficiencies. The Court ADOPTS the Report and Recommendation as its opinion. The Court **REMANDS** the state cases to the Superior Courts of California and **DENIES** all pending motions as moot. The Clerk of Court is DIRECTED to enter the appropriate judgment and to close this case.

**SO ORDERED**, this 1st day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA