# United States District Court
## Southern District of Georgia

THE STATE OF CALIFORNIA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-81

ABANOOB ABDEL-MALAK,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 1, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Notice of Removal is procedurally inadequate; therefore, the Court remands the state cases to the Superior Courts of California. This case stands closed.

Approved by: _/s/ R. Stan Baker_



September 10, 2021 | John E. Triplett, Clerk of Court
---|---
Date | Clerk

_/s/ Candy Cashell_
(By) Deputy Clerk